FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC a California Corporation<br><br>      Plaintiff,<br><br>  vs.<br><br>YOLANDA GUIZARNAVA individually and dba MEXICO LINDO & BROTHERS BUFFET; GUADALUPE PEREZ individually and dba MEXICO LINDO & BROTHERS BUFFET, jointly and severally<br><br>      Defendants | 02-CV-2848-HLH (RZx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on July 9, 2002 against defendants, **YOLANDA GUIZARNAVA individually and dba MEXICO LINDO & BROTHERS BUFFET** and **GUADALUPE PEREZ individually and dba MEXICO LINDO & BROTHERS BUFFET, jointly and severally**

Page 1 of 2            RENEWAL OF DEFAULT JUDGMENT
                                                      Case No. 02-CV-2848-HLH (RZx)

is hereby renewed on the amounts set forth below:

**RENEWAL OF MONEY JUDGMENT**

|   |   |   |
|---|---|---|
| a. | Total judgment | $13,441.20 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 13,441.20 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 13,441.20 |
| g. | Interest after judgment | 3,325.30 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **16,766.50** |

DATED: 05/31/12            Clerk by  Lori Muraoka, Deputy Clerk
                                      U.S. District Court