```
1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, California 91723
4  (626)653-0455
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC a California Corporation<br>      Plaintiff,<br>vs.<br>YOLANDA GUIZARNAVA individually and dba MEXICO LINDO & BROTHERS BUFFET; GUADALUPE PEREZ individually and dba MEXICO LINDO & BROTHERS BUFFET, jointly and severally<br>      Defendants | 02-CV-2848-HLH (RZx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on July 9, 2002 against defendants, **YOLANDA GUIZARNAVA individually and dba MEXICO LINDO & BROTHERS BUFFET** and **GUADALUPE PEREZ individually and dba MEXICO LINDO & BROTHERS BUFFET, jointly and severally**

is hereby renewed on the amounts set forth below:

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---:|
| a. | Total judgment | $13,441.20 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 13,441.20 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 13,441.20 |
| g. | Interest after judgment | 3,325.30 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **16,766.50** |

DATED: 05/31/12          Clerk by Lori Muraoka, Deputy Clerk
                                 U.S. District Court